UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES ex. rel,
THOMAS SPILSKI, JR.
and WILLIAM GUY

        Plaintiffs/Relators,                      Civil File No. 08-C-0879

v.

OSHKOSH TRUCK CORPORATION,

        Defendant.

**ORDER**

Plaintiff/Relators have filed a motion for dismissal of the above False Claims Act matter without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The United States had previously elected to decline intervention, but noted in its Notice of Election to Decline Intervention that "the action may be dismissed only if the Court and the Attorney General give written consent to dismissal and their reasons for consenting." (quoting 31 U.S.C. § 3730(b)(1)).

Based upon the foregoing, the United States is directed to advise the Court in writing whether it consents to the dismissal and its reasons for consenting on or before May 1, 2011.

**SO ORDERED** this __31st__ day of March, 2011.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge